UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ARIEL ALVAREZ,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, ARIEL ALVAREZ, is a natural person, and citizen of the State of Florida, residing in Dade County, Florida.

4. Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania, 19044.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following message on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> May 7, 2010 at 8:08 PM – Pre-Recorded Message
> 4. Again, that's Octavio Soto at 866-272-1894. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code.
>
> Este es un mensaje importante de NCO Financial System. Una compania cobradora de deudas este es un intento de cobrar una deuda y cualquier informacion que se obtenga se usara con tal porposito. Por favor llame a Octavio Soto al 866-272-1894 nueva mente el numero para llamar a Octavio

2

Soto es 866-272-1894 Gracias. NCO Financial Systems es una compania cobradora de deudas este es un intento de cobrar una deuda y cualquier informacion.

<u>May 8, 2010 at 9:23 AM – Pre-Recorded Message</u>
94 again that's Octavio Soto at 866-272-1894. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling please refer to your ID code.

Este es un mesaje importante de NCO Financial Systems. Una Compania cobradora de deudas este es un intento de cobrar una deuda y cualquiera informacion que se obtenga se usara con tal propositio. Por favor llame a Octavio Soto al el 866-272-1894. Nueva mente el numero para llamar a Octavio Soto es 866-272-1894 gracias. NCO Financial Systems es una compania cobradora de deudas este es un intento de cobra una deuda y cualquiera inform.

<u>May 11, 2010 at 8:49 AM – Pre-Recorded Message</u>
And any information obtained will be used for that purpose. Please call Beatrice Sanchez back today at 866-272-1894. Once again, that number is 866-272-1894. When calling, please use reference ID: DTV715. Thank you.

Hola este es un mensaje importante de NCO Financial Systems Inc. Las leyes requiren que le notifiquemos que somos una compania de cobransas de deudas. Este es un intento de cobrar una deuda y toda la informacion que se obtenga sera usada con ese proposito. Por Favor llame Beatrice Sanchez de regreso hoy al 866-272-1894 nueva mente el numero es.

<u>May 12, 2010 at 6:04 PM – Pre-Recorded Message</u>
94, Again that's Octavio Soto at 866-272-1894. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to you ID code.

Este es un mensaje importante de NCO Financial Systems una compania cobradora de deudas. Este es un intento de cobrar una deuda y qualquiera informacion que se obtenga se usara con tal proposito. Por Favor llame a Octavio Soto al 866-272-1894. Nueva mente el numero para llamar a Octavio Soto es 866-272-1894 Gracias. NCO Financial Systems es una

compania cobradora de deudas este es un intento de cobra una deuda y qualquiera informa.

May 15, 2010 at 11:21 AM – Pre-Recorded Message
Debt an any information obtained will be used for that purpose. Please call Beatrice Sanchez back today at 866-272-1894. Once again, that number is 866-272-1894. When calling please use reference ID: DTV715. Thank you.

Hola este es un Mensaje importante de NCO Financial Systems Inc. Las leyes requieren que le notifiquemos que somos una compania de cobransas de deudas. Este es un intento de cobrar una deuda y toda la informacion que se obtenga sera usada con ese porposito. Por favor llame a Beatrice Sanchez de regreso hoy al 866-272-1894. Nueva mente el numero es.

May 17, 2010 at 9:08 AM – Pre-Recorded Message
V715. Muchas gracias.

May 19, 2010 at 11:07 AM – Pre-Recorded Message
894. Again, that's Octavio Soto at 866-272-1894. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code.

Este es un mensaje importante de NCO Financial Systems una compania cobradora de deudas. Este es un intento de cobrar una deuda y cualquiera informacion que se obtenga se usara con tal proposito. Por favor llame a Octavio Soto al 866-272-1894. Nueva mente el numero para llamar a Octavio Soto es 866-272-1894 Gracias. NCO Financial Systems es una compania cobradora de deudas. Este es un intento de cobrar una deuda y qual.

May 20, 2010 at 3:47 PM – Pre-Recorded Message
V715. Muchas Gracias.

May 29, 2010 at 9:53 AM – Pre-Recorded Message
894. Again that's Octavio Soto at 866-272-1894. Thank you. NCO Financial System is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code.

>Este es un mensaje importante de NCO Financial Systems. Una compania cobradora de deudas este es un intento de cobrar una deuda y cualquiera informacion que se obtenga se usara con tal propsito. Por favor llame a Octavio Soto al 866-2721894. Nueva mente el numero para llamar a Octavio Soto es 866-272-1894 Gracias. NCO Financial Systems es una compania cobradora de deudas este es un intento de cobrar una deuda y cua.
>
>June 1, 2010 at 3:38 PM
>Confidential and important message meant solely for Ariel Alvarez. I am calling from NCO Financial Systems, Inc., a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. When calling back the reference ID will be C as in Charlie, 764. (Inaudible) The number is 866-506-2667. Thank you.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See _Berg v. Merchs. Ass'n Collection Div._, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19. Plaintiff incorporates Paragraphs 1 through 16.

20. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21.    Plaintiff incorporates Paragraphs 1 through 16.

22.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an

automatic telephone dialing system or pre-recorded or artificial voice;

and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>
>By: s/ Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658